Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C.D. 1886), the claim of the plaintiff was sustained.

No. 63344.—Joseph Sabella et al. *v.* United States, protests 58/2971, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C.D. 1886), the claim of the plaintiffs was sustained.

No. 63345.—John V. Carr & Son, Inc. *v.* United States, protests 214294–K, 218712–K, and 217125–K (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

No. 63346.—The Nestle Co., Inc. *v.* United States, protest 323549–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of *Cresca Co., Inc.* v. *United States* (38 Cust. Ct. 211, C.D. 1864), the claim of the plaintiff was sustained.

No. 63347.—Cresca Co., Inc., et al. *v.* United States, protests 328635–K, etc. (New York).